**454**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Keldric Walker THOMAS,
Defendant–Appellant.

No. 03–11174.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

Susan B. Cowger, Kim L. McCabe, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Keldric Walker Thomas, Federal Correctional Institution, Beaumont, TX, pro se.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed as appellate attorney for defendant-appellant Keldric Walker Thomas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Thomas was informed of but has not responded to counsel's motion. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.